THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JMR TRUCKING, INC., a Washington corporation, <br><br> Defendant. | No. C18-1525-JLR <br><br> [~~PROPOSED~~] <br> ORDER TO COMPEL AUDIT  |

THIS MATTER coming on duly and regularly for consideration upon Plaintiff's Motion and Memorandum for entry of an Order requiring Defendant to make available to Plaintiff's Trust Fund's representatives all certified payroll associated with PLA projects due for pension contributions in to the Western Conference of Teamsters Pension Trust Fund for the time period June 1, 2014 through the Present Date so that it may conduct a thorough examination of Defendant's books and records covering the period June 1, 2014 through the Present Date, the Plaintiff being represented by its attorney, Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., the Defendant not being represented by counsel, and the Court having reviewed the records and file herein, including the Declaration of Michelle Stuhrman and the exhibits thereto, the

[~~PROPOSED~~] ORDER TO COMPEL AUDIT – C18-1525-JLR
Page 1
G:\01-01999\515\JMR Trucking 414717 etc. 6-1-14-\Proposed Order to Compel Audit.doc

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

Declaration of Russell J. Reid, and the exhibits thereto, in support of Plaintiff's motion, and being fully advised in the premises, now, therefore, it is hereby,

ORDERED that Defendant, JMR Trucking, Inc., be and hereby is DIRECTED BY THE COURT, within fifteen (15) days of the entry of this Order to:

A. Make available to Plaintiff's Trust Fund's authorized representatives the following documents:

**All certified payroll associated with PLA projects due for pension contributions in to the Western Conference of Teamsters Pension Trust Fund for the time period June 1, 2014 through the Present Date.**

ORDERED ENTERED this 15 day of April, 2019.

UNITED STATES DISTRICT JUDGE
James L. Robart

Presented for entry by:

Russell J. Reid, WSBA #2560
of Reid, McCarthy, Ballew & Leahy, LLP
Attorney for Plaintiffs

[PROPOSED] ORDER TO COMPEL AUDIT – C18-1525-JLR
Page 2
G:\01-01999\515\JMR Trucking 414717 etc. 6-1-14-\Proposed Order to Compel Audit.doc

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925