THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JMR TRUCKING, INC., a Washington corporation, <br><br> Defendant. | No. C18-1525-JLR <br><br> REPLY TO JMR'S RESPONSE TO ORDER TO SHOW CAUSE |

This is Northwest Administrator's Inc.'s reply to JMR's Response To Order To Show Cause. First, Jannie Richardson identified herself as Vice-President of JMR Trucking, Inc. on or around May 24, 2019 when she was served. (Dkt. 11 (page 1 of 1)). Nonetheless, even if she is not the Vice-President, JMR was still properly served throughout this case. (Dkts. 4, 11, 15, and 16).

Second, Northwest Administrators, Inc. (NAI) notified JMR, through Seth Sondenaa's emails, that JMR had provided some documents to NAI related to the audit, but JMR still needed to provide additional documents back then (Dkt. 8-1 (pages 547-558)). JMR still needs to provide the documents related to the audit as set forth in Plaintiff's complaint.

REPLY TO RESPONSE TO ORDER
TO SHOW CAUSE – C18-1525-JLR
Page 1
G:\01-01999\515\JMR Trucking 414717 etc. 6-1-14-\ReplyJMR.doc

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

DATED this 19th day of September, 2019.

        REID, McCARTHY, BALLEW & LEAHY, L.L.P.

        By: _____
        Thomas A. Leahy, WSBA # 26365
        Attorney for Plaintiff

REPLY TO RESPONSE TO ORDER
TO SHOW CAUSE – C18-1525-JLR
Page 2
G:\01-01999\515\JMR Trucking 414717 etc. 6-1-14-\ReplyJMR.doc

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925